IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> G&D CONSTUCTION GROUP, INC., and METCON, INC., <br><br> Defendants. | CIVIL ACTION FILE <br> NO.: 1:23-cv-02197-SEG |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT REGARDING METCON INC.'S COUNTERCLAIM

The Cincinnati Specialty Underwriters Insurance Company ("CSU"), Plaintiff, moves for summary judgment under Rule 56 of the Federal Rules of Civil Procedure on Defendant Metcon, Inc.'s Counterclaim.

Metcon, Inc. ("Metcon") alleges that CSU owed it a defense and indemnification as an additional insured under a contract with G&D Construction Group, Inc. ("G&D") with respect litigation in Fulton Superior Court. [Doc. 31, Ans. Am. Compl. & Counterclaim ¶¶1-7.] Metcon, however, never demonstrated that it qualified as an additional insured while the relevant lawsuit was pending. And, even if Metcon did so qualify, coverage was excluded under the terms of the CSU policies.

For these reasons, the Court should grant CSU's summary judgment on the counterclaim.

In support, CSU relies on the Brief, Statement of Material Facts, Exhibits filed in conjunction with this Motion as well as documents already filed on the docket.

FREEMAN MATHIS & GARY, LLP

*/s/ Matthew F. Boyer*
MATTHEW F. BOYER
Georgia Bar No.:  141512
mboyer@fmglaw.com

*/s/ Alexia R. Roney*
ALEXIA R. RONEY
Georgia Bar No.:  581777
aroney@fmglaw.com

*Attorneys for Plaintiff*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
770-818-1290 (direct)
770-937-9960 (Fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that I have filed the foregoing **Plaintiff's Motion for Summary Judgment Regarding Metcon Inc.'s Counterclaim** with the Clerk of Court using the CM/ECF system which will automatically send electronic notification and a copy of such filing to the following attorneys of record who are CM/ECF participants:

Benjamin H. Sawyer
Sawyer & Sams, LLC
1000 Parkwood Circle SE, Suite 220
Atlanta, GA 30339
Ben.sawyer@hurstandsawyer.com

Additionally, I hereby certify that I have also served the foregoing document upon the following non-CM/ECF participants by placing a copy of same in the U.S. mail with adequate postage affixed thereon addressed as follows:

G&D Construction Group, Inc.
Attn:  Registered Agent- George Puha              George Puha aka Gheorge Puha
1582 Azalea Drive                                           1582 Azalea Drive
Lawrenceville, GA 30043                              Lawrenceville, GA 30043

This the 26th day of April 2024.

/s/ Alexia R. Roney
ALEXIA R. RONEY
Georgia Bar No.:  581777
aroney@fmglaw.com

*Attorneys for Plaintiff*