IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY,<br><br>Plaintiff/Counter Defendant,<br><br>v.<br><br>METCON, INC.,<br><br>Defendant/Counter Claimant,<br><br>and<br><br>G&D CONSTUCTION GROUP, INC., and George Puha,<br><br>Defendants. | CIVIL ACTION FILE<br>NO.: 1:23-cv-02197-SEG |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS G&D CONSTRUCTION GROUP, INC. AND GEORGE PUHA**

COMES NOW The Cincinnati Specialty Underwriters Insurance Company, Plaintiff in the above-styled action, and moves the Court for the Clerk's Entry of Default against Defendants G&D Construction Group, Inc. ("G&D") and George Puha pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. In support, Plaintiff states as follows:

1

1.

Under Rule 55(a), "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

2.

On April 23, 2024, Plaintiff filed its Second Complaint for Declaratory Judgment, naming G&D, Puha, and Metcon, Inc., as defendants. [Doc. 37.]

3.

On April 29, 2024, summons were issued to G&D and Puha. [Doc. 41, G&D Stamped Summons; Doc. 42, Puha Stamped Summons.]

4.

G&D and Puha were both properly served with summons and the Second Amended Complaint on May 6, 2024, by Lorenzo Kenerson, Process Server. The executed proofs of service, signed under penalty of perjury, were filed with the Court on May 6, 2024. [Doc. 44, Proof of Service; Doc. 45, Proof of Service.]

5.

For both Puha and G&D, the answers or other responsive pleadings to Plaintiff's Second Amended Complaint for Declaratory Judgment were due on May 27, 2024, twenty-one days after service of process.

6.

The docket shows that neither G&D nor Puha has filed or served the required answer or other responsive pleading under Rule 12(a) of the Federal Rules of Civil Procedure by May 27, 2024.

7.

As of the filing of this Motion, neither G&D nor Puha has answered or otherwise responded to the Plaintiff's Second Amended Complaint for Declaratory Judgment.

8.

Under Rule 55(a), default must be entered against Defendants G&D and Puha.

9.

In support of Plaintiff's Motion, the Declaration of Alexia R. Roney is filed as Exhibit A.

**WHEREFORE,** having properly made and supported this Motion under the Federal Rules, Plaintiff The Cincinnati Specialty Underwriters Insurance Company respectfully requests that the Clerk enter default against G&D Construction, Inc. and George Puha with respect to Plaintiff's Second Amended Complaint for Declaratory Judgment, and the Court enter any other order which may be deemed appropriate and just under the circumstances.

This 11th day of June 2024

        FREEMAN MATHIS & GARY, LLP

        */s/ Matthew F. Boyer*
        MATTHEW F. BOYER
        Georgia Bar No.: 141512
        mboyer@fmglaw.com

        */s/ Alexia R. Roney*
        ALEXIA R. RONEY
        Georgia Bar No.: 581777
        aroney@fmglaw.com

        *Attorneys for Plaintiff*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
770-818-1290 (direct)
770-937-9960 (Fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that I have filed the foregoing **Plaintiff's Motion for Entry of Default Against Defendant G&D Construction Group, Inc.** with the Clerk of Court using the CM/ECF system which will automatically send electronic notification and a copy of such filing to the following attorneys of record who are CM/ECF participants:

| | |
|---|---|
| Jay M. Wilkerson (Pro Hac Vice) | Benjamin H. Sawyer |
| Conner Gwyn Schenck PLLC | Sawyer & Sams, LLC |
| P.O. Box 30933 | 1000 Parkwood Circle SE, Suite 220 |
| Raleigh, NC  27622 | Atlanta, GA 30339 |
| jwilkerson@cgspllc.com | Ben.sawyer@hurstandsawyer.com |

Additionally, I hereby certify that I have also served the foregoing document upon the following non-CM/ECF participants by placing a copy of same in the U.S. mail with adequate postage affixed thereon address as follows:

| | |
|---|---|
| G&D Construction Group, Inc. | |
| c/o Registered Agent – George Puha | George Puha aka Gheorge Puha |
| 1582 Azalea Drive | 1582 Azalea Drive |
| Lawrenceville, GA 30043 | Lawrenceville, GA 30043 |

This the 11th day of June 2024.

/s/ Alexia R. Roney
ALEXIA R. RONEY
Georgia Bar No.:  581777
aroney@fmglaw.com
*Attorneys for Plaintiff*

5